**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF TEXAS

Case number *(if known)* _____  Chapter __11__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Benfield Real Estate, LLC** |

| | | |
|---|---|---|
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | Debtor's federal Employer Identification Number (EIN) | **56-2650019** |

| | | |
|---|---|---|
| 4. | Debtor's address | **Principal place of business** | **Mailing address, if different from principal place of business** |

**Principal place of business**

**3343 Highline Trail**
**San Antonio, TX 78261**
Number, Street, City, State & ZIP Code

**Bexar**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | |

| | |
|---|---|
| 6. | Type of debtor |

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | Benfield Real Estate, LLC | Case number (*if known*) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__5313__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply*:

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☑ No

☐ Yes.

| Debtor | _____ | | Relationship | _____ |
|---|---|---|---|---|
| District | _____ | When | Case number, if known | _____ |

Debtor    **Benfield Real Estate, LLC**
          Name                                                        Case number (*if known*)

| Debtor | **Benfield Real Estate, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
     What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
     Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
          Contact name _____
          Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Benfield Real Estate, LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 1, 2023**
                        MM / DD / YYYY

**X** **/s/ James F. Benfield**                                              **James F. Benfield**
Signature of authorized representative of debtor            Printed name

Title    **Member**

**18. Signature of attorney**

**X** **/s/ H. Anthony Hervol**                              Date    **September 1, 2023**
Signature of attorney for debtor                                          MM / DD / YYYY

**H. Anthony Hervol 00784264**
Printed name

**Law Office of H. Anthony Hervol**
Firm name

**22211 IH-10 West, Suite 1206-168**
**San Antonio, TX 78257**
Number, Street, City, State & ZIP Code

Contact phone    **(210) 522-9500**       Email address    **hervol@sbcglobal.net**

**00784264 TX**
Bar number and State

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Benfield Real Estate, LLC** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF TEXAS |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

| Executed on | **September 1, 2023** | X **/s/ James F. Benfield** |
|---|---|---|
| | | Signature of individual signing on behalf of debtor |
| | | **James F. Benfield** |
| | | Printed name |
| | | **Member** |
| | | Position or relationship to debtor |

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Benfield Real Estate, LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TEXAS** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Builders Firstsource 1201 BMC Drive Cedar Park, TX 78613** | | **Trade debt** | | | | **$49,862.77** |
| **Guido Lumber Company Inc. 8526 Vidor Ave. San Antonio, TX 78216** | | **Trade debt** | | | | **$13,441.09** |
| **Ingram Readymix, Inc. 3580 FM 482 New Braunfels, TX 78132** | | **Trade debt** | | | | **$12,911.44** |
| **Internal Revenue Service - Insolvency P.O. Box 7346 Philadelphia, PA 19101-7346** | | **2022 Return Pending** | **Unliquidated** | | | **$7,500.00** |
| **Lynwood Building Materials, Inc. 1146 W. Laurel San Antonio, TX 78201** | | **Trade debt** | | | | **$7,052.37** |
| **Top Cabinets SA, LLC 1606 Possum Path San Antonio, TX 78232** | | **Trade debt** | **Unliquidated Disputed** | | | **$20,000.00** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

# United States Bankruptcy Court
## Western District of Texas

In re  **Benfield Real Estate, LLC**

Debtor(s)

Case No.

Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **James F. Benfield**<br>**3343 Highline Trail**<br>**San Antonio, TX 78261** | | | **Member** |
| **Melanie F. Benfield**<br>**3343 Highline Trail**<br>**San Antonio, TX 78261** | | | **Member** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **September 1, 2023**

Signature  **/s/ James F. Benfield**

**James F. Benfield**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Western District of Texas

In re    **Benfield Real Estate, LLC**                    Case No. _____

                                         Debtor(s)          Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **September 1, 2023**                  **/s/ James F. Benfield**

                                             **James F. Benfield**/Member
                                             Signer/Title

United States Trustee
615 E Houston Street, Ste 533
San Antonio, TX 78205


Attorney General of the United States
Main Justice Building, Room 5111
10th and Constitution Ave., N.W.
Washington, DC 20530


Bexar County Tax Assessor-Collector
P.O. Box 839950
San Antonio, TX 78283-3950


Brandon Wianecki
3131 Bulverde Road
P.O. Box 85
Bulverde, TX 78163


Builders Firstsource
1201 BMC Drive
Cedar Park, TX 78613


City of San Antonio
P.O. Box 839966
San Antonio, TX 78283-3966


Clifford D. Harmon
Harmon Law Firm
14860 Montford, Suite 111
Dallas, TX 75254


Comal County
c/o Lee Gordon
McCreary, Veselka, Bragg & Allen, P.C.
Round Rock, TX 78680


Guido Lumber Company Inc.
8526 Vidor Ave.
San Antonio, TX 78216


Henneke Financial Group, LLC
c/o Harmon Law Firm, P.C.
14860 Montfort Dr., Suite 111
Dallas, TX 75254

Ingram Readymix, Inc.
3580 FM 482
New Braunfels, TX 78132


Internal Revenue Service - Insolvency
P.O. Box 7346
Philadelphia, PA 19101-7346


Lynwood Building Materials, Inc.
1146 W. Laurel
San Antonio, TX 78201


Norman L. Burns
Attorney at Law
P.O. Box 827
Gonzales, TX 78629


Patrick M. Dooley
Attorney at Law
414 West Main Street
Fredericksburg, TX 78624


Sage Capital Bank
18966 Forty Six Pkwy
Spring Branch, TX 78070


Security State Bank & Trust
3131 Bulverde Road
Bulverde, TX 78163


Texas Quest Capital
Texas Quest Funding Trust
28620 Dapper Dan Drive
Fair Oaks Ranch, TX 78015


Top Cabinets SA, LLC
1606 Possum Path
San Antonio, TX 78232


United States Attorney/IRS
601 N.W. Loop 410, Suite 600
San Antonio, TX 78216

# United States Bankruptcy Court
## Western District of Texas

In re  **Benfield Real Estate, LLC**

Debtor(s)

Case No.

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Benfield Real Estate, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**September 1, 2023**

Date

**/s/ H. Anthony Hervol**

**H. Anthony Hervol 00784264**

Signature of Attorney or Litigant

Counsel for   **Benfield Real Estate, LLC**

**Law Office of H. Anthony Hervol**

**22211 IH-10 West, Suite 1206-168**
**San Antonio, TX 78257**
**(210) 522-9500 Fax:(210) 522-0205**
**hervol@sbcglobal.net**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **BENFIELD REAL ESTATE, LLC,** | § | **CASE NO. 23-5_____-____** |
| | § | |
| **DEBTOR** | § | **CHAPTER 11** |

### DECLARATION OF JAMES F. BENFIELD

I, James F. Benfield, declare as follows:

1.      My name is James F. Benfield.  I am over 18 years of age and am fully competent to make this Declaration.  The facts stated in this Declaration are based upon my personal knowledge and are true and correct. I submit this Declaration as required by 11 U.S.C. §1116(1).

2.      Attached hereto is the most recently filed federal income tax return for Benfield Real Estate, LLC, which contains the most recently prepared statement of operations and balance sheet for the Debtor.  To the best of my knowledge, no cash flow statement has been previously prepared other than what may be contained in the tax return.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _1st__ day of September, 2023.


___/s/ James  F.  Benfield_____
James F. Benfield, Member and authorized
representative

BENF3486

Form **1120-S**

Department of the Treasury
Internal Revenue Service

### U.S. Income Tax Return for an S Corporation
▶ Do not file this form unless the corporation has filed or
is attaching Form 2553 to elect to be an S corporation.
▶ Go to *www.irs.gov/Form1120S* for instructions and the latest information.

OMB No. 1545-0123

**2021**

For calendar year 2021 or tax year beginning _____ , ending _____

| | | | | |
|---|---|---|---|---|
| **A** S election effective date 06/26/06 | **TYPE** | **Name** Benfield Real Estate LLC | | **D** Employer identification number ■■■■■■019 |
| **B** Business activity code number (see instructions) 531310 | **OR** | **Number, street, and room or suite no. If a P.O. box, see instructions.** 3343 Highline Trl | | **E** Date incorporated 06/26/2006 |
| **C** Check if Sch. M-3 attached ☐ | **PRINT** | **City or town, state or province, country, and ZIP or foreign postal code** San Antonio       TX 78261 | | **F** Total assets (see instructions) $ 1,154,289 |

**G**  Is the corporation electing to be an S corporation beginning with this tax year? See instructions.  ☐ Yes  ☒ No

**H**  Check if:  **(1)** ☐ Final return  **(2)** ☐ Name change  **(3)** ☐ Address change  **(4)** ☐ Amended return  **(5)** ☐ S election termination

**I**  Enter the number of shareholders who were shareholders during any part of the tax year  ▶  2

**J**  Check if corporation: **(1)** ☐ Aggregated activities for section 465 at-risk purposes **(2)** ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include only trade or business income and expenses on lines 1a through 21. See the instructions for more information.

| | | | |
|---|---|---|---|
| **Income** | **1a** Gross receipts or sales | **1a** 2,170,672 | |
| | **b** Returns and allowances | **1b** | |
| | **c** Balance. Subtract line 1b from line 1a | **1c** | 2,170,672 |
| | **2** Cost of goods sold (attach Form 1125-A) | **2** | 1,885,430 |
| | **3** Gross profit. Subtract line 2 from line 1c | **3** | 285,242 |
| | **4** Net gain (loss) from Form 4797, line 17 (attach Form 4797) | **4** | |
| | **5** Other income (loss) (see instructions—attach statement)   See Stmt 1 | **5** | 13,841 |
| | **6** Total income (loss). Add lines 3 through 5  ▶ | **6** | 299,083 |
| **Deductions (see instructions for limitations)** | **7** Compensation of officers (see instructions—attach Form 1125-E) | **7** | |
| | **8** Salaries and wages (less employment credits) | **8** | |
| | **9** Repairs and maintenance | **9** | 1,053 |
| | **10** Bad debts | **10** | |
| | **11** Rents | **11** | 4,495 |
| | **12** Taxes and licenses | **12** | 726 |
| | **13** Interest (see instructions) | **13** | 120,547 |
| | **14** Depreciation not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | **14** | 98,201 |
| | **15** Depletion (**Do not deduct oil and gas depletion.**) | **15** | |
| | **16** Advertising | **16** | 10,826 |
| | **17** Pension, profit-sharing, etc., plans | **17** | |
| | **18** Employee benefit programs | **18** | |
| | **19** Other deductions (attach statement)   See Stmt 2 | **19** | 106,086 |
| | **20** Total deductions. Add lines 7 through 19  ▶ | **20** | 341,934 |
| | **21** Ordinary business income (loss). Subtract line 20 from line 6 | **21** | −42,851 |
| **Tax and Payments** | **22a** Excess net passive income or LIFO recapture tax (see instructions) | **22a** | |
| | **b** Tax from Schedule D (Form 1120-S) | **22b** | |
| | **c** Add lines 22a and 22b (see instructions for additional taxes) | | **22c** |
| | **23a** 2021 estimated tax payments and 2020 overpayment credited to 2021 | **23a** | |
| | **b** Tax deposited with Form 7004 | **23b** | |
| | **c** Credit for federal tax paid on fuels (attach Form 4136) | **23c** | |
| | **d** Add lines 23a through 23c | | **23d** |
| | **24** Estimated tax penalty (see instructions). Check if Form 2220 is attached  ▶ ☐ | **24** | |
| | **25** Amount owed. If line 23d is smaller than the total of lines 22c and 24, enter amount owed | **25** | |
| | **26** Overpayment. If line 23d is larger than the total of lines 22c and 24, enter amount overpaid | **26** | |
| | **27** Enter amount from line 26: Credited to 2022 estimated tax _____  Refunded ▶ | **27** | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer _James F Benfield_    Date _____  Title **President**

May the IRS discuss this return with the preparer shown below? See instructions.  ☒ Yes  ☐ No

| | | |
|---|---|---|
| **Paid Preparer Use Only** | Print/Type preparer's name Edward F Guerrero CPA | Preparer's signature Edward F Guerrero CPA | Date _____ | Check ☐ if self-employed | PTIN P00853670 |
| | Firm's name ▶ Guerrero and Co PC | | Firm's EIN ▶ 20-8127123 |
| | Firm's address ▶ 508 W Rhapsody Dr  San Antonio, TX        78216-2605 | | Phone no. 210-490-7100 |

For Paperwork Reduction Act Notice, see separate instructions.

DAA

Form **1120-S** (2021)

BENF3486

Form 1120-S (2021)  **Benfield Real Estate LLC** ███████ 019  Page 2

**Schedule B  Other Information** (see instructions)

| | | Yes | No |
|---|---|---|---|
| 1 | Check accounting method: **a** ☒ Cash  **b** ☐ Accrual | | |
| | **c** ☐ Other (specify) ▶ | | |
| 2 | See the instructions and enter the: | | |
| | **a** Business activity ▶ **Construction**   **b** Product or service ▶ **Residential Rental** | | |
| 3 | At any time during the tax year, was any shareholder of the corporation a disregarded entity, a trust, an estate, or a nominee or similar person? If "Yes," attach Schedule B-1, Information on Certain Shareholders of an S Corporation | | X |
| 4 | At the end of the tax year, did the corporation: | | |
| | **a** Own directly 20% or more, or own, directly or indirectly, 50% or more of the total stock issued and outstanding of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage of Stock Owned | (v) If Percentage in (iv) Is 100%, Enter the Date (if applicable) a Qualified Subchapter S Subsidiary Election Was Made |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below ............ X

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|---|---|
| 5a | At the end of the tax year, did the corporation have any outstanding shares of restricted stock? | | X |
| | If "Yes," complete lines (i) and (ii) below. | | |
| | **(i)** Total shares of restricted stock ▶ | | |
| | **(ii)** Total shares of non-restricted stock ▶ | | |
| **b** | At the end of the tax year, did the corporation have any outstanding stock options, warrants, or similar instruments? | | X |
| | If "Yes," complete lines (i) and (ii) below. | | |
| | **(i)** Total shares of stock outstanding at the end of the tax year ▶ | | |
| | **(ii)** Total shares of stock outstanding if all instruments were executed ▶ | | |
| 6 | Has this corporation filed, or is it required to file, **Form 8918**, Material Advisor Disclosure Statement, to provide information on any reportable transaction? | | X |
| 7 | Check this box if the corporation issued publicly offered debt instruments with original issue discount ............ ▶ ☐ | | |
| | If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments. | | |
| 8 | If the corporation **(a)** was a C corporation before it elected to be an S corporation **or** the corporation acquired an asset with a basis determined by reference to the basis of the asset (or the basis of any other property) in the hands of a C corporation, **and (b)** has net unrealized built-in gain in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years. See instructions ▶ $ | | |
| 9 | Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions | X | |
| 10 | Does the corporation satisfy one or more of the following? See instructions | | X |
| | **a** The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
| | **b** The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $26 million and the corporation has business interest expense. | | |
| | **c** The corporation is a tax shelter and the corporation has business interest expense. | | |
| | If "Yes," complete and attach Form 8990. | | |
| 11 | Does the corporation satisfy **both** of the following conditions? | | X |
| | **a** The corporation's total receipts (see instructions) for the tax year were less than $250,000. | | |
| | **b** The corporation's total assets at the end of the tax year were less than $250,000. | | |
| | If "Yes," the corporation is not required to complete Schedules L and M-1. | | |

Form **1120-S** (2021)

DAA

Form 1120-S (2021) **Benfield Real Estate LLC** ▓▓▓▓▓019     Page **3**

| Schedule B | Other Information (see instructions) *(continued)* | Yes | No |
|---|---|---|---|
| 12 | During the tax year, did the corporation have any non-shareholder debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? | | X |
| | If "Yes," enter the amount of principal reduction ▶ $ | | |
| 13 | During the tax year, was a qualified subchapter S subsidiary election terminated or revoked? If "Yes," see instructions | | X |
| 14a | Did the corporation make any payments in 2021 that would require it to file Form(s) 1099? | X | |
| b | If "Yes," did the corporation file or will it file required Forms 1099? | X | |
| 15 | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? | | X |
| | If "Yes," enter the amount from Form 8996, line 15 ▶ $ | | |

| Schedule K | | Shareholders' Pro Rata Share Items | | | Total amount |
|---|---|---|---|---|---|
| **Income (Loss)** | 1 | Ordinary business income (loss) (page 1, line 21) | | 1 | −42,851 |
| | 2 | Net rental real estate income (loss) (attach Form 8825) | | 2 | |
| | 3a | Other gross rental income (loss) | 3a | | |
| | b | Expenses from other rental activities (attach statement) | 3b | | |
| | c | Other net rental income (loss). Subtract line 3b from line 3a | | 3c | |
| | 4 | Interest income | | 4 | 5 |
| | 5 | Dividends: a Ordinary dividends | | 5a | |
| | | b Qualified dividends | 5b | | |
| | 6 | Royalties | | 6 | |
| | 7 | Net short-term capital gain (loss) (attach Schedule D (Form 1120-S)) | | 7 | |
| | 8a | Net long-term capital gain (loss) (attach Schedule D (Form 1120-S)) | | 8a | |
| | b | Collectibles (28%) gain (loss) | 8b | | |
| | c | Unrecaptured section 1250 gain (attach statement) | 8c | | |
| | 9 | Net section 1231 gain (loss) (attach Form 4797) | | 9 | |
| | 10 | Other income (loss) (see instructions)   Type ▶ | | 10 | |
| **Deductions** | 11 | Section 179 deduction (attach Form 4562) | | 11 | |
| | 12a | Charitable contributions    **See Stmt 3** | | 12a | 4,137 |
| | b | Investment interest expense | | 12b | |
| | c | Section 59(e)(2) expenditures   Type ▶ | | 12c | |
| | d | Other deductions (see instructions)   Type ▶ | | 12d | |
| **Credits** | 13a | Low-income housing credit (section 42(j)(5)) | | 13a | |
| | b | Low-income housing credit (other) | | 13b | |
| | c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | | 13c | |
| | d | Other rental real estate credits (see instructions)   Type ▶ | | 13d | |
| | e | Other rental credits (see instructions)   Type ▶ | | 13e | |
| | f | Biofuel producer credit (attach Form 6478) | | 13f | |
| | g | Other credits (see instructions)   Type ▶ | | 13g | |
| **International Transactions** | 14 | Attach Schedule K-2 (Form 1120-S), Shareholders' Pro Rata Share Items—International, and check this box to indicate you are reporting items of international tax relevance   ▶ ☐ | | | |
| **Alternative Minimum Tax (AMT) Items** | 15a | Post-1986 depreciation adjustment | | 15a | |
| | b | Adjusted gain or loss | | 15b | |
| | c | Depletion (other than oil and gas) | | 15c | |
| | d | Oil, gas, and geothermal properties – gross income | | 15d | |
| | e | Oil, gas, and geothermal properties – deductions | | 15e | |
| | f | Other AMT items (attach statement) | | 15f | |
| **Items Affecting Shareholder Basis** | 16a | Tax-exempt interest income | | 16a | |
| | b | Other tax-exempt income | | 16b | |
| | c | Nondeductible expenses | | 16c | |
| | d | Distributions (attach statement if required) (see instructions) | | 16d | |
| | e | Repayment of loans from shareholders | | 16e | |
| | f | Foreign taxes paid or accrued | | 16f | |

Form **1120-S** (2021)

DAA

Form 1120-S (2021)  **Benfield Real Estate LLC**  ███████019                   Page **4**

## Schedule K    Shareholders' Pro Rata Share Items (continued)

| | | | Total amount |
|---|---|---|---|
| **Other Information** | **17a** Investment income | **17a** | 5 |
| | **b** Investment expenses | **17b** | |
| | **c** Dividend distributions paid from accumulated earnings and profits | **17c** | |
| | **d** Other items and amounts (attach statement)     See Statement 4 | | |

| | | | |
|---|---|---|---|
| **Recon-ciliation** | **18** **Income (loss) reconciliation.** Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and 16f | **18** | **-46,983** |

## Schedule L    Balance Sheets per Books

| | Assets | (a) Beginning of tax year | (b) | (c) End of tax year | (d) |
|---|---|---|---|---|---|
| 1 | Cash | | -7,823 | | -22,579 |
| 2a | Trade notes and accounts receivable | | | | |
| b | Less allowance for bad debts | ( ) | | ( | |
| 3 | Inventories | | 1,724,149 | | 1,060,199 |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities (see instructions) | | | | |
| 6 | Other current assets (attach statement) | | | | |
| 7 | Loans to shareholders | | | | |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (attach statement) | | | | |
| 10a | Buildings and other depreciable assets | 42,333 | | 140,534 | |
| b | Less accumulated depreciation | ( 6,703 | 35,630 | ( 23,865 | 116,669 |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | ( | | ( | |
| 12 | Land (net of any amortization) | | | | |
| 13a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | ( | | ( | |
| 14 | Other assets (attach statement) | | | | |
| 15 | Total assets | | 1,751,956 | | 1,154,289 |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | | | |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | 5,184 | | 38,160 |
| 18 | Other current liabilities (attach statement) Stmt 5 | | | | -1,500 |
| 19 | Loans from shareholders | | | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | 1,764,573 | | 1,107,748 |
| 21 | Other liabilities (attach statement) | | | | |
| 22 | Capital stock | | | | |
| 23 | Additional paid-in capital | | 104,084 | | |
| 24 | Retained earnings | | -121,885 | | -168,868 |
| 25 | Adjustments to shareholders' equity (attach statement) | | | | |
| 26 | Less cost of treasury stock | | ( | | ( |
| 27 | Total liabilities and shareholders' equity | | 1,751,956 | | 975,540 |

Form **1120-S** (2021)

DAA

BENF3486

Form 1120-S (2021)  **Benfield Real Estate LLC**  ▮▮▮▮▮019  Page **5**

| **Schedule M-1** | **Reconciliation of Income (Loss) per Books With Income (Loss) per Return** | | |
|---|---|---|---|
| | **Note:** The corporation may be required to file Schedule M-3. See instructions. | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1 | Net income (loss) per books | 34,056 | | 5 | Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): | | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize) | | | a | Tax-exempt interest  $ .......................... | | |
| 3 | Expenses recorded on books this year not included on Schedule K, lines 1 through 12 and 16f (itemize): | | | 6 | Deductions included on Schedule K, lines 1 through 12 and 16f, not charged against book income this year (itemize): | | |
| a | Depreciation  $ .......................... | | | a | Depreciation  $ ............ 81,039 | | |
| b | Travel and entertainment  $ .......................... | | | | .......................... | | 81,039 |
| | | | | 7 | Add lines 5 and 6 .......................... | | 81,039 |
| 4 | Add lines 1 through 3 .......................... | 34,056 | | 8 | Income (loss) (Schedule K, line 18). Subtract line 7 from line 4 .. | | −46,983 |

| **Schedule M-2** | **Analysis of Accumulated Adjustments Account, Shareholders' Undistributed Taxable Income Previously Taxed, Accumulated Earnings and Profits, and Other Adjustments Account** (see instructions) | | | |
|---|---|---|---|---|

| | | **(a)** Accumulated adjustments account | **(b)** Shareholders' undistributed taxable income previously taxed | **(c)** Accumulated earnings and profits | **(d)** Other adjustments account |
|---|---|---|---|---|---|
| 1 | Balance at beginning of tax year | −103,938 | | | |
| 2 | Ordinary income from page 1, line 21 | | | | |
| 3 | Other additions  **Stmt 6** | 5 | | | |
| 4 | Loss from page 1, line 21 | ( 42,851 | | | |
| 5 | Other reductions  **Stmt 7** | ( 4,137 | | ( | ) |
| 6 | Combine lines 1 through 5 | −150,921 | | | |
| 7 | Distributions | | | | |
| 8 | Balance at end of tax year. Subtract line 7 from line 6 | −150,921 | | | |

Form **1120-S** (2021)

DAA

BENF3486

| Form **1125-A** | | |
|---|---|---|
| (Rev. November 2018) | | |
| Department of the Treasury<br>Internal Revenue Service | | |

**Cost of Goods Sold**

▶ Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.
▶ Go to *www.irs.gov/Form1125A* for the latest information.

OMB No. 1545-0123

| Name | Employer identification number |
|---|---|
| **Benfield Real Estate LLC** | ███████019 |

| | | | |
|---|---|---|---:|
| 1 | Inventory at beginning of year | 1 | 0 |
| 2 | Purchases | 2 | |
| 3 | Cost of labor | 3 | |
| 4 | Additional section 263A costs (attach schedule) | 4 | |
| 5 | Other costs (attach schedule)                     Stmt 8 | 5 | 1,885,430 |
| 6 | **Total.** Add lines 1 through 5 | 6 | 1,885,430 |
| 7 | Inventory at end of year | 7 | 0 |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions | 8 | 1,885,430 |

**9a** Check all methods used for valuing closing inventory:

   *(i)*   [X] Cost

   *(ii)*   [ ] Lower of cost or market

   *(iii)*   [ ] Other (Specify method used and attach explanation.) ▶

**b** Check if there was a writedown of subnormal goods   ▶ [ ]

**c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970)   ▶ [ ]

**d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO   | 9d |

**e** If property is produced or acquired for resale, do the rules of section 263A apply to the entity? See instructions   [ ] Yes   [X] No

**f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation   [ ] Yes   [X] No

**For Paperwork Reduction Act Notice, see instructions.**

Form **1125-A** (Rev. 11-2018)

DAA

BENF3486

| Form **4562** | **Depreciation and Amortization**<br>**(Including Information on Listed Property)**<br>▶ **Attach to your tax return.**<br>▶ Go to *www.irs.gov/Form4562* for instructions and the latest information. | OMB No. 1545-0172<br>**2021**<br>Attachment Sequence No. **179** |
|---|---|---|

Department of the Treasury
Internal Revenue Service (99)

| Name(s) shown on return | Identifying number |
|---|---|
| Benfield Real Estate LLC | ███████ 019 |

Business or activity to which this form relates

**Regular Depreciation**

## Part I — Election To Expense Certain Property Under Section 179
**Note:** If you have any listed property, complete Part V before you complete Part I.

| | | | |
|---|---|---|---|
| 1 | Maximum amount (see instructions) | **1** | 1,050,000 |
| 2 | Total cost of section 179 property placed in service (see instructions) | **2** | |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) | **3** | 2,620,000 |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | **4** | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | **5** | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |

| | | | | |
|---|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 | **7** | | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | | **8** | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | | **9** | |
| 10 | Carryover of disallowed deduction from line 13 of your 2020 Form 4562 | | **10** | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5. See instructions | | **11** | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 | | **12** | |
| 13 | Carryover of disallowed deduction to 2022. Add lines 9 and 10, less line 12 ▶ | **13** | | |

**Note:** Don't use Part II or Part III below for listed property. Instead, use Part V.

## Part II — Special Depreciation Allowance and Other Depreciation (Don't include listed property. See instructions.)

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year. See instructions | **14** | 98,201 |
| 15 | Property subject to section 168(f)(1) election | **15** | |
| 16 | Other depreciation (including ACRS) | **16** | |

## Part III — MACRS Depreciation (Don't include listed property. See instructions.)

### Section A

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2021 | **17** | 0 |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ▶ ☐ | | |

### Section B—Assets Placed in Service During 2021 Tax Year Using the General Depreciation System

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only–see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a 3-year property | | | | | | |
| b 5-year property | | | | | | |
| c 7-year property | | | | | | |
| d 10-year property | | | | | | |
| e 15-year property | | | | | | |
| f 20-year property | | | | | | |
| g 25-year property | | | 25 yrs. | | S/L | |
| h Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| i Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | MM | S/L | |

### Section C—Assets Placed in Service During 2021 Tax Year Using the Alternative Depreciation System

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a Class life | | | | | S/L | |
| b 12-year | | | 12 yrs. | | S/L | |
| c 30-year | | | 30 yrs. | MM | S/L | |
| d 40-year | | | 40 yrs. | MM | S/L | |

## Part IV — Summary (See instructions.)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | **21** | |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations—see instructions | **22** | 98,201 |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | **23** | |

For Paperwork Reduction Act Notice, see separate instructions.

DAA

There are no amounts for Page 2

Form **4562** (2021)

BENF3486

## Section 199A Information Worksheet

| Form **1120-S** | | **2021** |
|---|---|---|
| | For calendar year 2021 or tax year beginning                , ending | |

| Name | Employer Identification Number |
|---|---|
| **Benfield Real Estate LLC** | ▇▇▇▇▇019 |

|  | Activity Description | Pass-Through Entity EIN | PTP | Aggregated | SSTB |
|---|---|---|---|---|---|
| Column A | Residential Construction | | ☐ | ☐ | ☐ |
| Column B | | | ☐ | ☐ | ☐ |
| Column C | | | ☐ | ☐ | ☐ |
| Column D | | | ☐ | ☐ | ☐ |
| Column E | | | ☐ | ☐ | ☐ |

| QBI or Qualified PTP items: | Column A | Column B | Column C | Column D | Column E |
|---|---|---|---|---|---|
| Ordinary business income (loss) | -42,851 | | | | |
| Net rental real estate income (loss) | | | | | |
| Other net rental income (loss) | | | | | |
| Royalty income (loss) | | | | | |
| Section 1231 gain (loss) | | | | | |
| Other income (loss) | | | | | |
| Section 179 deduction | | | | | |
| Other deductions | | | | | |
| **W-2 wages** | | | | | |
| **Qualified property** | 140,534 | | | | |

Other Information:
   QBI allocable to cooperative pmts received
   W-2 wages allocable to qualified payments
   Section 199A(g) deduction

**Section 199A REIT dividends**

BENF3486  Benfield Real Estate LLC
▮▮▮▮▮019

**Federal Statements**

FYE: 12/31/2021

### Statement 1 - Form 1120-S, Page 1, Line 5 - Other Income (Loss)

| Description | Amount |
|---|---:|
| Pure Gen Holding | $ 908 |
| EXP Realty | 12,933 |
| Total | $ 13,841 |

### Statement 2 - Form 1120-S, Page 1, Line 19 - Other Deductions

| Description | Amount |
|---|---:|
| Automobile & Truck Expenses | $ 14,101 |
| Bank Service Charge | 3,294 |
| Bookkeeping | 5,900 |
| Cell Phone | 6,793 |
| Commission | 1,100 |
| Contractors | 27,695 |
| Dues & Subscriptions | 85 |
| Home Warranty | 2,020 |
| Insurance | 3,836 |
| Job Supplies | 1,318 |
| Late Fees | 144 |
| Legal & Professional Fees | 14,583 |
| Other Business Expenses | 772 |
| Parking Expense | 33 |
| Shipping & Delivery Expense | 184 |
| Travel | 6,923 |
| Utilities | 5,989 |
| 100% of Meals | 11,316 |
| Total | $ 106,086 |

### Statement 3 - Form 1120-S, Page 3, Schedule K, Line 12a - Cash Contributions

| Description | Cash Contrib 60% | Cash Contrib 30% | Qualified Cash Contrib | Total |
|---|---:|---:|---:|---:|
| Charitable Contribution | $ 4,067 | $ | $ | $ 4,067 |
| Donation | 70 | | | 70 |
| Total | $ 4,137 | $ 0 | $ 0 | $ 4,137 |

### Statement 4 - Form 1120-S, Page 4, Schedule K, Line 17d - Other Items and Amounts

| Description | Amount |
|---|---:|
| Section 199A Information - See Attached Wrk | $ |

BENF3486  Benfield Real Estate LLC
█████019
FYE: 12/31/2021

# Federal Statements

### Statement 5 - Form 1120-S, Page 4, Schedule L, Line 18 - Other Current Liabilities

| Description | Beginning of Year | End of Year |
|---|---|---|
| Other Current Liabilities | $ | $ -1,500 |
| Total | $ 0 | $ -1,500 |

### Statement 6 - Form 1120-S, Page 5, Schedule M-2, Line 3(a) - Other Additions

| Description | Amount |
|---|---|
| Interest Income | $ 5 |
| Total | $ 5 |

### Statement 7 - Form 1120-S, Page 5, Schedule M-2, Line 5(a) - Other Reductions

| Description | Amount |
|---|---|
| Charitable Contributions | $ 4,137 |
| Total | $ 4,137 |

| BENF3486  Benfield Real Estate LLC | |
|---|---|
| ▇▇▇▇▇▇▇019 | **Federal Statements** |
| FYE: 12/31/2021 | |

### Statement 8 - Form 1125-A, Line 5 - Other Costs

| Description | Amount |
|---|---|
| 126  Kansas Costs | $    110,220 |
| 126  Kansas Purchase | 123,800 |
| 547 Dusty Saddle Purchase | 13,000 |
| 547 Dusty Saddle Rehab | 425,750 |
| Tree Farm Expenses | 344,964 |
| Champior Cheer Cost | 6,179 |
| 102 Alamosa Purchase | 145,000 |
| 102 Alamosa Rehab | 243,467 |
| 1950 E Crockett Purchase | 31,250 |
| 1950 E Crockett Cost | 199,889 |
| 1954 E Crockett Purchase | 31,250 |
| 1954 E Crockett Cost | 210,661 |
| Total | $   1,885,430 |